Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 07-06880 ERW |
| Case Name: | WILLIAM T. BADONI |
| Period Ending: | 09/30/08 |

| | |
|---|---|
| Trustee: | (330720)    RICHARD M. FOGEL |
| Filed (f) or Converted (c): | 04/17/07 (f) |
| §341(a) Meeting Date: | 05/22/07 |
| Claims Bar Date: | 09/10/07 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE- RESIDENCE Debtor Claimed Exemption | 100,000.00 | 0.00 | | 4,400.00 | FA |
| 2 | REAL ESTATE- LOT Debtor Claimed Exemption (See Footnote) | 10,000.00 | 8,000.00 | | 10,400.00 | FA |
| 3 | BANK ACCOUNT (u) Debtor Claimed Exemption | 3,569.48 | 0.00 | DA | 0.00 | 0.00 |
| 4 | HOUSEHOLD GOODS (u) Debtor Claimed Exemption | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | WEARING APPAREL (u) Debtor Claimed Exemption | 150.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | SPORTING EQUIPMENT (u) Debtor Claimed Exemption | 30.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | VEHICLE (u) Debtor Claimed Exemption | 8,365.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | BOAT (u) Debtor Claimed Exemption | 5,130.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | FUNERAL TRUST (u) Debtor Claimed Exemption | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | Unknown | N/A | 7.09 | Unknown |
| 10 Assets | Totals (Excluding unknown values) | $132,344.48 | $8,000.00 | | $14,807.09 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-06880 ERW
**Case Name:** WILLIAM T. BADONI
**Period Ending:** 09/30/08

**Trustee:** (330720)   RICHARD M. FOGEL
**Filed (f) or Converted (c):** 04/17/07 (f)
**§341(a) Meeting Date:** 05/22/07
**Claims Bar Date:** 09/10/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| RE PROP# 2 | Buyer received credits at closing in aggregate amount of $1,549.74 | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2008        **Current Projected Date Of Final Report (TFR):** June 30, 2008