**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WILLIAM T. BADONI | ) | |
| | ) | CASE NO. 07-06880 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    on:  **November 25, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $          10,457.35

    b. Disbursements                             $           1,368.03

    c. Net Cash Available for Distribution       $           9,089.32

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $ 0.00 | $ 1,795.73 | $ 2.00 |
| Popowcer Katten, Ltd., Accountant | $ 0.00 | $ 945.00 | $ 0.00 |
| Shaw Gussis, Attorney | $ 0.00 | $ 4,024.50 | $ 80.20 |

{6146 NTC A0217905.DOC}

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $19,404.87, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $11.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL | $ 8,617.39 | $ 995.59 |
| 000002 | CHASE BANK USA, N.A. | $ 10,787.48 | $ 1,246.30 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
Bank account, household goods, wearing apparel, sporting equipment, vehicle, boat & funeral trust- all claimed as exempt personal property by the Debtor.

Dated:   **October 30, 2008**            For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

{6146 NTC A0217905.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 30, 2008
Case: 07-06880                  Form ID: pdf002              Total Served: 11

The following entities were served by first class mail on Nov 01, 2008.
db           +William T Badoni,    804 North Bunchberry Court,    Athens, IL 62613-9478
aty          +Edmund G Urban, III,    Urban & Burt Ltd,    5320 W 159th St,    Oak Forest, IL 60452-3380
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
11307073      Bank of America,    FL9-600-02-26,    PO Box 45224,    Jacksonville, FL 32232-5224
11307074     ++CCO MORTGAGE CORP,    10561 TELEGRAPH RD,    GLEN ALLEN VA 23059-4577
              (address filed with court:  CCO Mortgage Corporation,    10561 Telegraph Road,
               Glen Allen, VA 23059)
11438293      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
11307075     +Chase Card Services,    PO Box 659409,    San Antonio, TX 78265-9409
11307077     +Great Southern Bank,    Pob 4288,    Springfield MO 65808-4288
11307078      RadioShack Credit Plan,    PO Box 689182,    Des Moines, IA 50368-9182
The following entities were served by electronic transmission on Oct 31, 2008.
11307076      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2008 05:33:25      Discover,   P.O. Box 8003,
               Hilliard, OH 43026
11423809      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2008 05:33:25
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2008**                    **Signature:** *Joseph Speetjens*