# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-06880 ERW | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | WILLIAM T. BADONI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 75-6817212 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period: | 01/11/08 - 01/21/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/18/08 | | JPMORGAN CHASE BANK | TRANSFER FROM BANK OF AMERICA | 9999-000 | 797.58 | | 797.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.04 | | 797.62 |
| 05/06/08 | {2} | SOUTHEASTERN MGT. & FINANCIAL LLC | Additional earnest money deposit | 1110-000 | 200.00 | | 997.62 |
| 05/12/08 | | To Account #*********7166 | Payment of delinquent real estate taxes | 9999-000 | | 985.59 | 12.03 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 12.07 |
| 06/03/08 | {1} | EASTERN MGMT & FINANCIAL LLC | Earnest money deposit | 1110-000 | 400.00 | | 412.07 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 412.11 |
| 07/17/08 | {2} | SOUTHEASTERN MANAGEMENT & FINANCIAL LLC f/b/o S&A LAND LLC | Proceeds of sale | 1110-000 | 400.00 | | 812.11 |
| 07/17/08 | {2} | DAVID AUFRECHT f/b/o S&A LAND LLC | Proceeds of sale | 1110-000 | 1,000.00 | | 1,812.11 |
| 07/17/08 | | MICHAEL AUFRECHT f/b/o S&A LAND LLC | Proceeds of sale | | 7,650.26 | | 9,462.37 |
| | | | sale of vacant lot | 1110-000 | 8,000.00 | | 9,462.37 |
| | {1} | | sale of residence | 1110-000 | 4,000.00 | | 9,462.37 |
| | | | 2007 2nd installment taxes | 2820-000 | -162.22 | | 9,462.37 |
| | | | 2008 first installment real estate tax credit | 2820-000 | -175.52 | | 9,462.37 |
| | | | credit for title insurance | 2500-000 | -750.00 | | 9,462.37 |
| | | | survey credit | 2500-000 | -450.00 | | 9,462.37 |
| | | | state and county transfer taxes | 2500-000 | -12.00 | | 9,462.37 |

| | | | | Subtotals : | $10,447.96 | $985.59 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-06880 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | WILLIAM T. BADONI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 75-6817212 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period: | 01/11/08 - 01/21/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/21/08 | | To Account #********7166 | Sale of real property | 9999-000 | | 376.76 | 9,085.61 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.44 | | 9,086.05 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 9,087.13 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.19 | | 9,088.32 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.99 | | 9,089.31 |
| 11/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.61 | | 9,089.92 |
| 11/25/08 | | To Account #********7166 | Close account and transfer for final distributions | 9999-000 | | 9,089.92 | 0.00 |

(Additional rows visible above, showing earlier transactions:)

| Trans. Date | | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Balance |
|---|---|---|---|---|---|---|---|
| | | | earnest money on lot - previously received | 1110-000 | -1,000.00 | | 9,462.37 |
| | | | earnest money previously received for residence | 1110-000 | -400.00 | | 9,462.37 |
| | | | check from David Aufrecht - deposited 7-17-08 | 1110-000 | -1,000.00 | | 9,462.37 |
| | | | received from Southeastern Mgmt deposited 7-17-08 | 1110-000 | -400.00 | | 9,462.37 |

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-06880 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | WILLIAM T. BADONI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 75-6817212 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period: | 01/11/08 - 01/21/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | ACCOUNT TOTALS | | | 10,452.27 | 10,452.27 | $0.00 |
| | | Less: Bank Transfers | | | 797.58 | 10,452.27 | |
| | | Subtotal | | | 9,654.69 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $9,654.69 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-06880 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | WILLIAM T. BADONI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 75-6817212 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period: | 01/11/08 - 01/21/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/12/08 | | From Account #********7165 | Payment of delinquent real estate taxes | 9999-000 | 985.59 | | 985.59 |
| 05/12/08 | 101 | COOK COUNTY COLLECTOR | Real Estate Taxes | 5800-000 | | 295.59 | 690.00 |
| 05/12/08 | 102 | COOK COUNTY COLLECTOR | Real Estate Taxes | 5800-000 | | 166.84 | 523.16 |
| 05/12/08 | 103 | COOK COUNTY COLLECTOR | Real Estate Taxes | 5800-000 | | 353.65 | 169.51 |
| 05/12/08 | 104 | COOK COUNTY COLLECTOR | Real Estate Taxes Voided on 05/14/08 | 5800-000 | | 169.51 | 0.00 |
| 05/14/08 | 103 | COOK COUNTY COLLECTOR | Real Estate Taxes Voided on 05/14/08 | 5800-000 | | -353.65 | 353.65 |
| 05/14/08 | 104 | COOK COUNTY COLLECTOR | Real Estate Taxes Voided: check issued on 05/12/08 | 5800-000 | | -169.51 | 523.16 |
| 05/16/08 | 105 | COOK COUNTY COLLECTOR | Real Estate Taxes/2006 2nd Inst/26-05-101-032-0000 | 5800-000 | | 353.65 | 169.51 |
| 05/16/08 | 106 | COOK COUNTY COLLECTOR | Real Estate Taxes/2007 1st Inst/26-05-101-032-0000 | 5800-000 | | 169.51 | 0.00 |
| 07/21/08 | | From Account #********7165 | Sale of real property | 9999-000 | 376.76 | | 376.76 |
| 07/22/08 | 107 | SCCS-STATE CITY COUNTY SERVICES | WATER CERTIFICATION- INVOICE #61648 | 2500-000 | | 245.76 | 131.00 |
| 07/22/08 | 108 | SCCS-STATE CITY COUNTY SERVICES | ZONING CERTIFICATION- INVOICE #61665 | 2500-000 | | 130.00 | 1.00 |
| 11/25/08 | | From Account #********7165 | Close account and transfer for final distributions | 9999-000 | 9,089.92 | | 9,090.92 |
| 12/01/08 | 109 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $4,024.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,024.50 | 5,066.42 |
| 12/01/08 | 110 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $945.00, Accountant for Trustee Fees (Other Firm); | 3410-000 | | 945.00 | 4,121.42 |

| | | | Subtotals : | | $10,452.27 | $6,330.85 | |

{} Asset reference(s)

Printed: 01/21/2009 02:24 PM    V.11.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-06880 ERW
**Case Name:** WILLIAM T. BADONI
**Taxpayer ID #:** 75-6817212
**Period:** 01/11/08 - 01/21/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*71-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/08 | 111 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $80.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 80.20 | 4,041.22 |
| 12/01/08 | 112 | DISCOVER BANK/DISCOVER FINANCIAL SE | Dividend paid 11.56% on $8,617.39; Claim# 000001; Filed: $8,617.39; Reference: | 7100-900 | | 996.30 | 3,044.92 |
| 12/01/08 | 113 | CHASE BANK USA, N.A. | Dividend paid 11.56% on $10,787.48; Claim# 000002; Filed: $10,787.48; Reference: | 7100-900 | | 1,247.19 | 1,797.73 |
| 12/01/08 | 114 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 0.00 |
| | | | Dividend paid 100.00% on $1,795.73, Claim# ; Filed: $1,950.87 | 2100-000 | | 1,795.73 | |
| | | | Dividend paid 100.00% on $2.00; Claim# ; Filed: $2.00 | 2200-000 | | 2.00 | |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 10,452.27 | 10,452.27 | **0.00** |
| Less: Bank Transfers | 10,452.27 | 0.00 | |
| **Subtotal** | 0.00 | 10,452.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10,452.27** | |

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-06880 ERW
**Case Name:** WILLIAM T. BADONI
**Taxpayer ID #:** 75-6817212
**Period:** 01/11/08 - 01/21/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** \*\*\*\*\*\*\*\*28 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.32 | | 803.79 |
| 02/04/08 | | Transfer to Acct #3754901931 | Bank Funds Transfer | 9999-000 | | 6.68 | 797.11 |
| 02/29/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.19 | | 797.30 |
| 03/31/08 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 797.49 |
| 04/18/08 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 0.09 | | 797.58 |
| 04/18/08 | | BANK OF AMERICA | TRANSFER TO JPMC | 9999-000 | | 797.58 | 0.00 |

|  | ACCOUNT TOTALS | | 804.26 | 804.26 | $0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers | | 0.00 | 804.26 | |
|  | Subtotal | | 804.26 | 0.00 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | NET Receipts / Disbursements | | $804.26 | $0.00 | |

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-06880 ERW  
**Case Name:** WILLIAM T. BADONI  
**Taxpayer ID #:** 75-6817212  
**Period:** 01/11/08 - 01/21/09

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** BANK OF AMERICA, N.A.  
**Account:** ********31 - Checking - Non Interest  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/08 | | Transfer from Acct #3754901928 | Bank Funds Transfer | 9999-000 | 6.68 | | 6.68 |
| 02/05/08 | 2001 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 6.68 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 6.68 | 6.68 | **$0.00** |
| Less: Bank Transfers | 6.68 | 0.00 | |
| **Subtotal** | 0.00 | 6.68 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6.68** | |

### TOTAL - ALL ACCOUNTS

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 9,654.69 | 0.00 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 10,452.27 | 0.00 |
| MMA # *********28 | 804.26 | 0.00 | 0.00 |
| Checking # *********31 | 0.00 | 6.68 | 0.00 |
| | $10,458.95 | $10,458.95 | $0.00 |

{} Asset reference(s)

Printed: 01/21/2009 02:24 PM  V.11.03